```
BUCHALTER, NEMER, FIELDS & YOUNGER
A Professional Corporation
     Abraham J. Colman (SBN: 146933)
     Russell L. Allyn (SBN 143531)
601 South Figueroa Street
Suite 2400
Los Angeles, CA 90017-5704
Telephone: (213) 891-0700 / Facsimile: (213) 896-0400

Attorneys for Defendants
ALLIANCE RECEIVABLES MANAGEMENT, INC.
AND ALLIANCEONE, INC.
```

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CARMENCIAT S. HIPOLITO, an individual on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIANCE RECEIVABLES MANAGEMENT, INC., ALLIANCEONE, INC.<br><br>Defendants. | Case No. C05-0842 JCS<br><br>**STIPULATION TO TAKE PLAINTIFF'S MOTION FOR CLASS CERTIFICATION OFF CALENDAR** |

## I. RECITALS

A. On or about April 21, 2005, plaintiff Carmenciat S. Hipolito ("Plaintiff") filed a Motion for Class Certification, including, among other things, a Declaration of Irving Berg in support of the Motion regarding Numerosity and Net Worth (the "Berg Declaration").

B. On or about April 22, 2005, Defendants Alliance Receivables Management, Inc. and AllianceOne, Inc. (collectively, "Defendants") filed a Motion to Dismiss the First Amended Complaint, pursuant to Fed. R. Civ. Pro. 12(b)(6).

C.  On or about May 13, 2005, Defendants filed, among other things, Evidentiary Objections and a Motion to Strike portions of the Berg Declaration.

D.  The hearing on Plaintiff's Motion for Class Certification and Defendant's Motion to Dismiss and Motion to Strike are all presently scheduled for July 15, 2005, at 9:30 a.m. in this Court, at the same time as the Case Management Conference.

E.  Plaintiff wishes to conduct further discovery prior to proceeding with her Motion for Class Certification, and Defendants object to such discovery as burdensome and oppressive while their Motion to Dismiss is pending.

## II. STIPULATION

**IT IS HEREBY STIPULATED** by and between Plaintiff and Defendants, through their respective counsel of record as follows:

1.  The hearing on Plaintiff's Motion for Class Certification shall be taken off calendar.

2.  The hearing on Defendants' Motion to Strike the Berg Declaration in support of the Motion for Class Certification shall be taken off calendar.

3.  The hearing on Defendants' Motion to Dismiss shall remain on calendar as presently scheduled on July 15, 2005.

4.  If Defendants' Motion to Dismiss is not granted as to the entire First Amended Complaint, then Defendants shall have until and including August 12, 2005 to serve supplemental responses, including objections if appropriate, to Plaintiff's First Set of Discovery Requests.

5.  Plaintiff, if she so chooses, may then re-file her Motion for Class Certification.

DATED: June 23, 2005

THE BERG LAW GROUP

By: _____
IRVING L. BERG
Attorneys for plaintiff
CARMENCITA S. HIPOLITO

BNFY 575300v1

| | |
|---|---|
| DATED: June 23, 2005 | BUCHALTER, NEMER, FIELDS & YOUNGER<br><br>By: /s/ Russell L. Allyn<br>RUSSELL L. ALLYN<br>Attorneys for defendants<br>ALLIANCE RECEIVABLES MANAGEMENT, INC. AND ALLIANCEONE, INC. |

**SO ORDERED:**

DATED: July 11, 2005

/s/ Joseph C. Spero
---
UNITED STATES MAGISTRATE JUDGE

BNFY 575300v1